Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **M & M Broadcasters, Ltd.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 5 – 2 7 3 8 0 5 6 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **919 N Main St** <br> Number    Street | Number        Street |
| **Cleburne, TX 76033-3853** <br> City                State    ZIP Code | City                          State    ZIP Code |
| **Johnson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number        Street <br><br> City                          State    ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **M & M Broadcasters, Ltd.**                                    Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

         District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                           MM / DD / YYYY

         Case number, if known _____

Debtor    **M & M Broadcasters, Ltd.** _____    Case number *(if known)* _____
    Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>    City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

| Debtor | **M & M Broadcasters, Ltd.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/24/2025**
MM/ DD/ YYYY

**X** **/s/ Gary Moss**
Signature of authorized representative of debtor

**Gary Moss**
Printed name

Title  **Pres. of Gen. Partner**

**18. Signature of attorney**

**X** **/s/ Stephen W Sather**
Signature of attorney for debtor

Date  **03/24/2025**
MM/ DD/ YYYY

**Stephen W Sather**
Printed name

**Barron & Newburger, P.C.**
Firm name

**7320 N. MoPac Expressway 400**
Number        Street

**Austin**
City

**TX**
State

**78731**
ZIP Code

**(512) 649-3243**
Contact phone

**ssather@bn-lawyers.com**
Email address

**17657520**
Bar number

**TX**
State

Fill in this information to identify the case:

Debtor Name  **M & M Broadcasters, Ltd.**

United States Bankruptcy Court for the:  **Western** District of  **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | $3,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking account** | __ __ __ __ | $235.00 |
| 3.2. | **Wells Fargo** | **Checking account** | __ __ __ __ | $500.00 |
| 3.3. | **Inommons Bank** | **Checking account** | __ __ __ __ | $18,749.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $22,484.00

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **M & M Broadcasters, Ltd.** _____    Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.         _____

---

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:     **$13,581.48** - **unknown** =..... ➡    **$13,581.48**
                  face amount       doubtful or uncollectible accounts

11b. Over 90 days old:     _____ - _____ =..... ➡    _____
                  face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.         **$13,581.48**

---

**Part 4:**    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:            % of ownership:

| | | | | |
|---|---|---|---|---|
| 15.1. | _____ | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ | _____ |

Debtor   __M & M Broadcasters, Ltd._____      Case number *(if known)* _____
     Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____     _____

    16.2 _____     _____     _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     ☐ _____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.     ☐ _____

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **M & M Broadcasters, Ltd.**                                    Case number *(if known)* _____
              Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| **28.** **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

| |
|---|
| _____ |

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor   **M & M Broadcasters, Ltd.**                                    Case number *(if known)* _____
         Name

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br><br>**Radio broadcasting equipment: Office Desks 15 Office Chairs 15 Conference Table 1 Conference Chairs 6 Computers office 24 Printers /copiers 6 Filing Cabinets 26 Office supplies assorted Broadcast Equipment Wheatstone C** | **unknown** | | **$650,000.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$650,000.00** |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| | General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **Ford F150** | **unknown** | | **$56,000.00** |

Debtor  **M & M Broadcasters, Ltd.**  Case number *(if known)* _____
           Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.         **$56,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Tower Site (Donaldson Road) /** Donaldson Road Waco, TX 76711 | Fee Simple | unknown | | $150,000.00 |
| 55.2 **Tower Site (Prairie Hill)** | Fee Simple | unknown | | $100,000.00 |
| 55.3 **Tower Site (Loop 340)** | Fee Simple | unknown | | $150,000.00 |
| 55.4 **5501 Bagby /** 5501 Bagby Waco, TX 76701 | Fee Simple | unknown | | $1,200,000.00 |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     **$1,600,000.00**

Debtor    **M & M Broadcasters, Ltd.**                               Case number *(if known)* _____
          Name

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61.  **Internet domain names and websites** | | | |
| | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| FCC Licenses | unknown | | $800,000.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| | | | |
| 65.  **Goodwill** | | | |
| | | | |

66.  **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                      | $800,000.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

Debtor    **M & M Broadcasters, Ltd.** _____     Case number *(if known)* _____
        Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    | --- | --- |

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ – _____ = ➔    _____
                               Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    **Hartford Business** _____    **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____    _____

    Nature of claim    _____

    Amount requested    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____    _____

    Nature of claim    _____

    Amount requested    _____

76. **Trusts, equitable or future interests in property**

    _____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____    _____

    _____    _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.    **$0.00**

---

Debtor    **M & M Broadcasters, Ltd.**                                    Case number *(if known)* _____
              Name

---

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | | Current value of real property |
| --- | --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $22,484.00 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $13,581.48 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $650,000.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $56,000.00 | | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................. ➡ | | | $1,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $800,000.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $1,542,065.48 | + 91b. | $1,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................ | | | $3,142,065.48 |

**Fill in this information to identify the case:**

Debtor name    **M & M Broadcasters, Ltd.**

United States Bankruptcy Court for the:    **Western**    District of    **Texas**
(State)

Case number (if known):

☐ Check if this is an
amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1** | Creditor's name
**Cromwell Capital LLC**

Describe debtor's property that is subject to a lien

|  | **$61,937.00** | **unknown** |

Creditor's mailing address
**398 E Dania Beach Blvd Ste 297**
**Dania Beach, FL 33004-3051**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$4,230,715.00**

Debtor   **M & M Broadcasters, Ltd.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2  Creditor's name**

**Expansion Capital Group**

$88,000.00 — unknown

Describe debtor's property that is subject to a lien

_____

**Creditor's mailing address**

**5801 S Corporate Pl**

_____

**Sioux Falls, SD 57108-5027**

Describe the lien

_____

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **M & M Broadcasters, Ltd.** _____     Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

**Grandview Bank**

**Creditor's mailing address**

**303 S Colonial Dr**

**Cleburne, TX 76033-4650**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

5501 Bagby

**Describe the lien**

**Conventional**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$161,000.00**  |  **$1,200,000.00**

Debtor  **M & M Broadcasters, Ltd.**

Name

Case number (if known) _____

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Instafunders LLC**

**Creditor's mailing address**

**3250 Ne 1st Ave Apt 307**

**Miami, FL 33137-4086**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$72,000.00

unknown

Debtor  **M & M Broadcasters, Ltd.** _____  Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

**Maison Capital Group Inc.** _____

**Creditor's mailing address**

**560 Sylvan Ave Ste 3020** _____

**Englewd Clfs, NJ 07632-3178** _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$25,778.00

unknown

Debtor  **M & M Broadcasters, Ltd.**
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6 Creditor's name**

**Marti Trust**

**Creditor's mailing address**

**Care of Cantey Hanger LLP**

**600 W 6th St Ste 300**

**Fort Worth, TX 76102-3685**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Note**

_____

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$3,000,000.00      unknown

Debtor    **M & M Broadcasters, Ltd.**         Case number (if known) _____
Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **2.7** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | **$155,000.00** | **unknown** |
|---|---|---|---|---|

**On Deck Client Services**

**Creditor's mailing address**

**4700 W Daybreak Pkwy Ste 200**

**South Jordan, UT 84009-5133**

**Describe the lien**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

**Date debt was incurred** _____

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **M & M Broadcasters, Ltd.**

Name              Case number (if known) _____

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

**Prosper Funding LLC**

**Creditor's mailing address**

**221 Main St Ste 300**

**San Francisco, CA 94105-1909**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$10,000.00**

Value of collateral: **unknown**

Debtor    **M & M Broadcasters, Ltd.** _____      Case number (if known) _____

Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** — Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Santander Consumer USA**

**Describe debtor's property that is subject to a lien**

Ford F150

**Amount of claim:** $56,000.00

**Value of collateral:** $56,000.00

**Creditor's mailing address**

Po Box 660633

Dallas, TX 75266-0633

**Describe the lien**

**Car Loan**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No.   Specify each creditor, including this creditor, and its relative priority.

_____

_____

     ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **M & M Broadcasters, Ltd.** _____  Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Part 1: **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

**SBA U.S. Small Business Administration**

**Describe debtor's property that is subject to a lien**

_____

_____

_____

$490,000.00     unknown

**Creditor's mailing address**

**Little Rock Loan Servicing**

**Center 2120 Riverfront Drive Suite 100**

**Little Rock, AR 72202**

**Describe the lien**

**Business Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**     **2021**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  **M & M Broadcasters, Ltd.**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

**Thoro Corp**

**Creditor's mailing address**

**800 Se 4th Ave Ste 601**

**Hallandle Bch, FL 33009-6494**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$60,000.00**

**unknown**

Debtor  **M & M Broadcasters, Ltd.**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

**Unique Funding Solutions LLC**

**Creditor's mailing address**

**4600 Sheridan St Ste 301a**

**Hollywood, FL 33021-3409**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$51,000.00 | unknown

---

Official Form 206D

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **M & M Broadcasters, Ltd.** _____     Case number (if known) _____

     Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Topline Recovery**<br>**Attn: Deven Khosla**<br>**1078 Summit Ave. Suite 104**<br>**Jersey City, NJ 07307** | Line 2. **1** | __ __ __ __ |
| **Gary Moss**<br>**5501 Bagby**<br>**Waco, TX 76701** | Line 2. **7** | __ __ __ __ |
| **US Department of Justice**<br>**United States Attorney, Civil Process Clerk**<br>**601 NW Loop 410 Suite 600**<br>**San Antonio, TX 78216** | Line 2. **10** | __ __ __ __ |
| **United States Attorney General**<br>**Department of Justicw**<br>**950 Pennsylania Ave NW**<br>**Washington, DC 20530** | Line 2. **10** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor    **M & M Broadcasters, Ltd.**_____    Case number (if known)_____
      Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ <br> _____ <br> _____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **M & M Broadcasters, Ltd.**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$34,555.48**  **$34,555.48** |
| **Internal Revenue Service** | ☐ Contingent | |
| **Centralized Insolvency Office** | ☐ Unliquidated | |
| **PO Box Box 7346** | ☐ Disputed | |
| **Philadelphia, PA 19101-7346** | **Basis for the Claim:** | |
| Date or dates debt was incurred | _____ | |
| _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account | ☑ No | |
| number ___ ___ ___ ___ | ☐ Yes | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | |

| | | |
|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | _____  _____ |
| _____ | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| _____ | ☐ Disputed | |
| Date or dates debt was incurred | **Basis for the claim:** | |
| _____ | _____ | |
| Last 4 digits of account | **Is the claim subject to offset?** | |
| number ___ ___ ___ ___ | ☐ No | |
| Specify Code subsection of PRIORITY unsecured | ☐ Yes | |
| claim: 11 U.S.C. § 507(a) ___ | | |

Debtor **M & M Broadcasters, Ltd.**

Name

Case number *(if known)* _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**1st Citizen National Bank**

**155 Commerce Way**

**Portsmouth, NH 03801-3243**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,352.86

---

**3.2** Nonpriority creditor's name and mailing address

**Airgas**

**Po Box 734671**

**Dallas, TX 75373-4671**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$494.50

---

**3.3** Nonpriority creditor's name and mailing address

**ASCAP**

**Po Box 70547**

**Chicago, IL 60673-0547**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$845.00

---

**3.4** Nonpriority creditor's name and mailing address

**Best Buy Credit Services**

**Po Box 78009**

**Phoenix, AZ 85062-8009**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,205.74

Debtor **M & M Broadcasters, Ltd.**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**Bizfund, LLc**

**c/o New Era Lending, LLC**

**2371 McDonald Avenue**

**Brooklyn, NY 11223**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.6** Nonpriority creditor's name and mailing address

**Broadcast Music Inc.**

**Po Box 60893**

**Cincinnati, OH 45263-0893**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,202.86

---

**3.7** Nonpriority creditor's name and mailing address

**Can Capital, Inc.**

**1850 Parkway Place Suite 1150**

**Marietta, GA 30067**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.8** Nonpriority creditor's name and mailing address

**Charter Communications**

**Po Box 223085**

**Pittsburgh, PA 15251-2085**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,123.33

---

Debtor  **M & M Broadcasters, Ltd.**
　　　　Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**Citi Card**

**Po Box 78045**

**Phoenix, AZ 85062-8045**

Date or dates debt was incurred _____

Last 4 digits of account number  **7  5  2  5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17,500.00**

---

**3.10** Nonpriority creditor's name and mailing address

**Compass**

**150 Purchase St Ste 11**

**Rye, NY 10580-2143**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$500.00**

---

**3.11** Nonpriority creditor's name and mailing address

**Corporation Service Company**

**As representative**

**PO Box 2576**

**Springfield, IL 62708**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.12** Nonpriority creditor's name and mailing address

**CT Corporation System as Rep.**

**Attn: SPRS**

**330 N. Brand Blvd. Suite 700**

**Glendale, CA 91203**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

Debtor **M & M Broadcasters, Ltd.**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address
**Digital Sound & Video, Inc.**

**420 N Halifax Ave Ste 150**

**Daytona Beach, FL 32118-4191**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $890.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
**Discover Card**

**PO Box 71242**

**Charlotte, NC 28272-1242**

Date or dates debt was incurred

Last 4 digits of account number **9 8 8 9**

As of the petition filing date, the claim is: $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
**DR Bank Prosper**

**PO Box Box 1503**

**San Carlos, CA 94070**

Date or dates debt was incurred **2023**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $80,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
**First Citizen Bank**

**155 Commerce Way**

**Portsmouth, NH 03801**

Date or dates debt was incurred

Last 4 digits of account number **5 9 1 2**

As of the petition filing date, the claim is: $27,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Lease**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor __M & M Broadcasters, Ltd._____     Case number *(if known)* _____
        Name

---

**Part 2:**  Additional Page

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**3.17**

Nonpriority creditor's name and mailing address
**First Citizen Bank**

**155 Commerce Way**

**Portsmouth, NH 03801**

Date or dates debt was incurred _____

Last 4 digits of account number __6_ _0_ _6_ _8_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,000.00**

---

**3.18**

Nonpriority creditor's name and mailing address
**First Citizen Bank & Trust Company**

**155 Commerce Way**

**Portsmouth, NH 03081**

Date or dates debt was incurred _____

Last 4 digits of account number __0_ _7_ _9_ _6_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,000.00**

---

**3.19**

Nonpriority creditor's name and mailing address
**First Citizen Bank & Trust Company**

**155 Commerce Way**

**Portsmouth, NH 03081**

Date or dates debt was incurred _____

Last 4 digits of account number __2_ _0_ _4_ _0_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$58,000.00**

---

**3.20**

Nonpriority creditor's name and mailing address
**Funding Futures, LLC**

**100 Merrick Rd. Suite 419E**

**Rockville Centre, NY 11570**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

Debtor   **M & M Broadcasters, Ltd.** _____   Case number *(if known)* _____
         Name

---

**Part 2:**   Additional Page

---

**3.21**   Nonpriority creditor's name and mailing address

**Global Music Rights**

**1801 W. Olympic Blvd.**

**Pasadena, CA 91199-2281**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$1,413.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22**   Nonpriority creditor's name and mailing address

**IBEX Funding Group, LLC**

**323 Kingston Ave.**

**Brooklyn, NY 11213**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23**   Nonpriority creditor's name and mailing address

**InterTech Media**

**Po Box 22677**

**New York, NY 10087-2677**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$1,948.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**   Nonpriority creditor's name and mailing address

**Kroeger Media Inc.**

**17 Kingswood CR**
**LaSalle MB R0G0A1**

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **M & M Broadcasters, Ltd.**
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.25** Nonpriority creditor's name and mailing address

**Macys Goldman Sachs Bank**

**Po Box 70321**

**Philadelphia, PA 19176-0321**

Date or dates debt was incurred

Last 4 digits of account number    **3  8  8  6**

As of the petition filing date, the claim is:    **$16,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Marlin Earley**

**PO Box Box 23939**

**Waco, TX 76702**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Newlane**

**Po Box 63044**

**Newark, NJ 07101-8065**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$2,006.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Newlane Financing**

**123 S Broad St Fl 17**

**Philadelphia, PA 19109-1032**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$18,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **M & M Broadcasters, Ltd.**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

---

**3.29** Nonpriority creditor's name and mailing address

**Nielson**

**Po Box 3228**

**Carol Stream, IL 60132-3228**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,660.84

---

**3.30** Nonpriority creditor's name and mailing address

**Northstar**

**Po Box 4505**

**Burlington, VT 05406-4505**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.91

---

**3.31** Nonpriority creditor's name and mailing address

**Northstar Leasing**

**747 Pine St Ste 201**

**Burlington, VT 05401-5196**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$60,000.00

---

**3.32** Nonpriority creditor's name and mailing address

**SESAC, Inc**

**Po Box 737457**

**Dallas, TX 75373-7457**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$111.88

---

Debtor  **M & M Broadcasters, Ltd.** _____  Case number *(if known)* _____

Name

---

**Part 2:** Additional Page

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|------|---|---|---|

**3.33** Nonpriority creditor's name and mailing address

**Signify Business Card Wells Fargo**

**Po Box 29482**

**Phoenix, AZ 85038-9482**

Date or dates debt was incurred _____

Last 4 digits of account number  5  2  8  1

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

**Sound Exchange**

**733 10th St Nw Fl 10**

**Washington, DC 20001-4888**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$4,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**The Hamilton Newton Companies**

**113 Park Place Cir**

**Womelsdorf, PA 19567-9145**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

**TimePayment**

**Po Box 88232**

**Milwaukee, WI 53288-8232**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$853.02**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **M & M Broadcasters, Ltd.**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,000.00

**Upstart Network Inc**

**Care of Cross River Bank**

**2115 Linwood Ave**

**Fort Lee, NJ 07024-5020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

**Vernon Capital Group, LLC**

**383 Kingston Ave. Suite 343**

**Brooklyn, NY 11213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor     **M & M Broadcasters, Ltd.**                                    Case number *(if known)* _____
_____
Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $34,555.48 |
| 5b. | **Total claims from Part 2** | 5b. + | $446,609.80 |
| 5c. | **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $481,165.28 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>M & M Broadcasters, Ltd.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Western District of Texas</td></tr>
<tr><td>Case number (if known):</td><td>Chapter 11</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease # 3 lease DCC 1885912 | First Citizen Bank |
| | | | 155 Commerce Way |
| | State the term remaining | 0 months | Portsmouth, NH 03801 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease # 4 lease DCC 1906068 | First Citizen Bank |
| | | | 155 Commerce Way |
| | State the term remaining | 0 months | Portsmouth, NH 03801 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease # 1 lease DCC 1890796 | First Citizen Bank & Trust Company |
| | | | 155 Commerce Way |
| | State the term remaining | 0 months | 03081 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease # 2 lease DCC 1882040 | First Citizen Bank & Trust Company |
| | | | 155 Commerce Way |
| | State the term remaining | 0 months | 03081 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **M & M Broadcasters, Ltd.**

United States Bankruptcy Court for the:    **Western**    District of    **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1**   **Gary Moss** | **5501 Bagby** <br> Street <br><br> **Waco, TX 76701** <br> City    State    ZIP Code | **Grandview Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Marti Trust** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **SBA U.S. Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Cromwell Capital LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Expansion Capital Group** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Instafunders LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Maison Capital Group Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Unique Funding Solutions LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Prosper Funding LLC** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **M & M Broadcasters, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | First Citizen Bank & Trust Company | ☐ D  ☑ E/F  ☐ G |
| | | First Citizen Bank | ☐ D  ☑ E/F  ☐ G |
| | | First Citizen Bank | ☐ D  ☑ E/F  ☐ G |
| | | Northstar Leasing | ☐ D  ☑ E/F  ☐ G |
| | | Newlane Financing | ☐ D  ☑ E/F  ☐ G |
| | | Citi Card | ☐ D  ☑ E/F  ☐ G |
| | | Discover Card | ☐ D  ☑ E/F  ☐ G |
| | | Signify Business Card Wells Fargo | ☐ D  ☑ E/F  ☐ G |
| | | Best Buy Credit Services | ☐ D  ☑ E/F  ☐ G |
| | | 1st Citizen National Bank | ☐ D  ☑ E/F  ☐ G |
| | | Newlane | ☐ D  ☑ E/F  ☐ G |
| | | Northstar | ☐ D  ☑ E/F  ☐ G |
| 2.2 _____ | Street _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D  ☐ E/F  ☐ G |

| Debtor | **M & M Broadcasters, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | | Street | | ❏ D<br>❏ E/F<br>❏ G |
| | | City          State          ZIP Code | | |
| 2.4 | | Street | | ❏ D<br>❏ E/F<br>❏ G |
| | | City          State          ZIP Code | | |
| 2.5 | | Street | | ❏ D<br>❏ E/F<br>❏ G |
| | | City          State          ZIP Code | | |
| 2.6 | | Street | | ❏ D<br>❏ E/F<br>❏ G |
| | | City          State          ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name      **M & M Broadcasters, Ltd.**

United States Bankruptcy Court for the:

         **Western District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*...................................................................................

| $1,600,000.00 |
|---|

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*................................................................................

| $1,542,065.48 |
|---|

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*..................................................................................

| $3,142,065.48 |
|---|

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $4,230,715.00 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................

| $34,555.48 |
|---|

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

| +    $446,609.80 |
|---|

4. **Total liabilities**.............................................................................................................

   Lines 2 + 3a + 3b

| $4,711,880.28 |
|---|

Fill in this information to identify the case:

Debtor name          **M & M Broadcasters, Ltd.**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date  MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | **$1,700,000.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**  MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | **$1,900,000.00** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**  MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | **$1,800,000.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date  MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**  MM/ DD/ YYYY  MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**  MM/ DD/ YYYY  MM/ DD/ YYYY | _____ | _____ |

Debtor **M & M Broadcasters, Ltd.** _____

Case number _(if known)_ _____

Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>_Check all that apply_ |
|-----------------------------|-------|-----------------------|-----------------------------------------------------------|
| 3.1. **See attached**<br>Creditor's name<br><br>Street<br><br><br>City        State    ZIP Code | | **Multiple** | ❑ Secured debt<br>❑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|----------------------------|-------|-----------------------|---------------------------------|
| 4.1. **Gary Moss**<br>Creditor's name<br><br>Street<br><br><br>City        State    ZIP Code | | **$0.00** | **See attached** |

| Relationship to debtor |
|------------------------|
| **Owner** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

❑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|-----------------------------|----------------------------|------|-------------------|
| | | | |

| | | | |
|---|---|---|---|
| 5.1. | **Cromwell Capital, LLC** | **Accounts owed by Stax Payments** | **02/27/2025** |
| | Creditor's name | | |
| | _____ | | |
| | Street | | |
| | _____ | | |
| | _____ | | |
| | City          State    ZIP Code | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City    State    ZIP Code | _____ <br><br> XXXX–__ __ __ __ | _____ | _____ |

---

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Maison Capital Group, Inc. v. M & M Broadcasters** | **Suit on debt** | **Supreme Court of New York, Monroe County** <br> Name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **E2025003908** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  **M & M Broadcasters, Ltd.**                                              Case number *(if known)*
_____
Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name
_____

Street
_____

_____
City                State    ZIP Code

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**

Name
_____

Street
_____

_____
City                State    ZIP Code

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name
_____

Street
_____

_____
City                State    ZIP Code

**Recipient's relationship to debtor**
_____

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 4

M & M Broadcasters, Ltd.

Name

Case number *(if known)*

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Barron & Newburger, P.C. | | 03/18/2025 | $15,000.00 |
| | **Address** | | | |
| | 7320 N Mopac Expy Ste 400 | | | |
| | Street | | | |
| | | | | |
| | Austin, TX 78731-2347 | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | M & M Broadcasters, Ltd. | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Name                                                                      Case number *(if known)*

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **First Dallas Media, Inc.** | **6.303 acres and easement** | **07/15/2024** | **(Unknown)** |
| | **Address** | | | |
| | Street | | | |
| | City            State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____ To _____ |
| _____ | |
| City            State      ZIP Code | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City            State      ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

M & M Broadcasters, Ltd.

Name                                                    Case number *(if known)*

| Part 9: | Personally Identifiable Information |

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes.  State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name _____ Street _____ _____ City    State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor __M & M Broadcasters, Ltd.__       Case number *(if known)* _____
      Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City     State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City     State     ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City     State     ZIP Code | | | |

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

M & M Broadcasters, Ltd.

Name

Case number *(if known)*

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor **M & M Broadcasters, Ltd.**
_____
Name

Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Forvis**<br>Name<br>_____<br>Street<br>_____<br>**Fort Worth, TX**<br>City    State    ZIP Code | From **2009**    To _____ |
| 26a.2. **Gary Moss**<br>Name<br>_____<br>Street<br>_____<br>**Waco, TX**<br>City    State    ZIP Code | From **2009**    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Forvis**<br>Name<br>_____<br>Street<br>_____<br>**Fort Worth, TX**<br>City    State    ZIP Code | From **2009**    To _____ |
| 26b.2. **Gary Moss**<br>Name<br>_____<br>Street<br>_____<br>**Waco, TX**<br>City    State    ZIP Code | From **2009**    To _____ |

Debtor    **M & M Broadcasters, Ltd.**                                    Case number *(if known)* _____
          Name

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| _____ | _____ |
| Name | _____ |
| _____ | |
| Street | |
| _____ | |
| _____ | |
| City          State          ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Forvis** |
| Name |
| _____ |
| Street |
| _____ |
| **Fort Worth, TX** |
| City          State          ZIP Code |

| Name and address |
|---|
| 26d.2. **Marti Trust** |
| Name |
| _____ |
| Street |
| _____ |
| **Cleburne , TX** |
| City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| City          State          ZIP Code |

Debtor **M & M Broadcasters, Ltd.** _____ Case number *(if known)* _____

Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Gary Moss** | | **Managing Partner, Managing Partner** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | , | From _____ <br> To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ <br> Name _____ <br> Street _____ <br> _____ <br> City          State     ZIP Code | | | |

| Relationship to debtor |
|------------------------|
| _____ |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __03/24/2025__
             MM/   DD/   YYYY

**X** **/s/ Gary Moss**                           Printed name                   **Gary Moss**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Pres. of Gen. Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name     **M & M Broadcasters, Ltd.**

United States Bankruptcy Court for the:

    **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SBA U.S. Small Business Administration<br><br>Little Rock Loan Servicing Center 2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202 | | Business Loan | | | | $490,000.00 |
| 2 | On Deck Client Services<br><br>4700 W Daybreak Pkwy Ste 200<br>South Jordan, UT 84009-5133 | | | | | | $155,000.00 |
| 3 | Expansion Capital Group<br><br>5801 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | | | | | | $88,000.00 |
| 4 | DR Bank Prosper<br><br>PO Box Box 1503<br>San Carlos, CA 94070 | | Unsecured Debt | | | | $80,000.00 |
| 5 | Instafunders LLC<br><br>3250 Ne 1st Ave Apt 307<br>Miami, FL 33137-4086 | | | | | | $72,000.00 |
| 6 | Cromwell Capital LLC<br><br>398 E Dania Beach Blvd Ste 297<br>Dania Beach, FL 33004-3051 | | | Disputed | | | $61,937.00 |
| 7 | Upstart Network Inc<br><br>Care of Cross River Bank<br>2115 Linwood Ave<br>Fort Lee, NJ 07024-5020 | | | | | | $61,000.00 |
| 8 | Northstar Leasing<br><br>747 Pine St Ste 201<br>Burlington, VT 05401-5196 | | | | | | $60,000.00 |

Debtor  **M & M Broadcasters, Ltd.**  Case number *(if known)*
　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Thoro Corp 800 Se 4th Ave Ste 601 Hallandle Bch, FL 33009-6494 | | | Disputed | | | $60,000.00 |
| 10 | First Citizen Bank & Trust Company 155 Commerce Way Portsmouth, NH 03081 | | Equipment Lease | | | | $58,000.00 |
| 11 | Unique Funding Solutions LLC 4600 Sheridan St Ste 301a Hollywood, FL 33021-3409 | | | | | | $51,000.00 |
| 12 | Internal Revenue Service Centralized Insolvency Office PO Box Box 7346 Philadelphia, PA 19101-7346 | | | | | | $34,555.48 |
| 13 | First Citizen Bank 155 Commerce Way Portsmouth, NH 03801 | | Equipment Lease | | | | $30,000.00 |
| 14 | First Citizen Bank 155 Commerce Way Portsmouth, NH 03801 | | Equipment Lease | | | | $27,000.00 |
| 15 | Maison Capital Group Inc. 560 Sylvan Ave Ste 3020 Englewd Clfs, NJ 07632-3178 | | | Disputed | | | $25,778.00 |
| 16 | Discover Card PO Box 71242 Charlotte, NC 28272-1242 | | Credit Card | | | | $20,000.00 |
| 17 | Newlane Financing 123 S Broad St Fl 17 Philadelphia, PA 19109-1032 | | | | | | $18,000.00 |
| 18 | Citi Card Po Box 78045 Phoenix, AZ 85062-8045 | | Credit Card | | | | $17,500.00 |
| 19 | Macys Goldman Sachs Bank Po Box 70321 Philadelphia, PA 19176-0321 | | | | | | $16,000.00 |
| 20 | First Citizen Bank & Trust Company 155 Commerce Way Portsmouth, NH 03081 | | Equipment Lease | | | | $12,000.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **M & M Broadcasters, Ltd.**                                        CASE NO

                                                                           CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**03/24/2025**___        Signature _____**/s/ Gary Moss**_____

                                             Gary Moss, Pres. of Gen. Partner

1st Citizen National Bank
155 Commerce Way
Portsmouth, NH 03801-3243


Airgas
Po Box 734671
Dallas, TX 75373-4671


ASCAP
Po Box 70547
Chicago, IL 60673-0547


Best Buy Credit Services
Po Box 78009
Phoenix, AZ 85062-8009


Bizfund, LLc
c/o New Era Lending, LLC
2371 McDonald Avenue
Brooklyn, NY 11223


Broadcast Music Inc.
Po Box 60893
Cincinnati, OH 45263-0893


Can Capital, Inc.
1850 Parkway Place Suite 1150
Marietta, GA 30067


Charter Communications
Po Box 223085
Pittsburgh, PA 15251-2085

Citi Card
Po Box 78045
Phoenix, AZ 85062-8045


Compass
150 Purchase St Ste 11
Rye, NY 10580-2143


Corporation Service Company
As representative
PO Box 2576
Springfield, IL 62708


Cromwell Capital LLC
398 E Dania Beach Blvd Ste 297
Dania Beach, FL 33004-3051


CT Corporation System as
Rep.
Attn: SPRS
330 N. Brand Blvd. Suite 700
Glendale, CA 91203


Digital Sound & Video, Inc.
420 N Halifax Ave Ste 150
Daytona Beach, FL 32118-4191


Discover Card
PO Box 71242
Charlotte, NC 28272-1242


DR Bank Prosper
PO Box Box 1503
San Carlos, CA 94070

Expansion Capital Group
5801 S Corporate Pl
Sioux Falls, SD 57108-5027


First Citizen Bank
155 Commerce Way
Portsmouth, NH 03801


First Citizen Bank & Trust
Company
155 Commerce Way
Portsmouth, NH 03081


First Citizen Bank & Trust
Company
155 Commerce Way
03081


Funding Futures, LLC
100 Merrick Rd. Suite 419E
Rockville Centre, NY 11570


Gary Moss
5501 Bagby
Waco, TX 76701


Global Music Rights
1801 W. Olympic Blvd.
Pasadena, CA 91199-2281


Grandview Bank
303 S Colonial Dr
Cleburne, TX 76033-4650

IBEX Funding Group, LLC
323 Kingston Ave.
Brooklyn, NY 11213


Instafunders LLC
3250 Ne 1st Ave Apt 307
Miami, FL 33137-4086


Internal Revenue Service
Centralized Insolvency Office
PO Box Box 7346
Philadelphia, PA 19101-7346


InterTech Media
Po Box 22677
New York, NY 10087-2677


Kroeger Media Inc.
17 Kingswood CR
LaSalle MB R0G0A1


Macys Goldman Sachs Bank
Po Box 70321
Philadelphia, PA 19176-0321


Maison Capital Group Inc.
560 Sylvan Ave Ste 3020
Englewd Clfs, NJ 07632-3178


Marlin Earley
PO Box Box 23939
Waco, TX 76702

Marti Trust
Care of Cantey Hanger LLP
600 W 6th St Ste 300
Fort Worth, TX 76102-3685

Newlane
Po Box 63044
Newark, NJ 07101-8065

Newlane Financing
123 S Broad St Fl 17
Philadelphia, PA 19109-1032

Nielson
Po Box 3228
Carol Stream, IL 60132-3228

Northstar
Po Box 4505
Burlington, VT 05406-4505

Northstar Leasing
747 Pine St Ste 201
Burlington, VT 05401-5196

On Deck Client Services
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133

Prosper Funding LLC
221 Main St Ste 300
San Francisco, CA 94105-1909

Santander Consumer USA
Po Box 660633
Dallas, TX 75266-0633


SBA U.S. Small Business
Administration
Little Rock Loan Servicing
Center 2120 Riverfront Drive Suite 100
Little Rock, AR 72202

SESAC, Inc
Po Box 737457
Dallas, TX 75373-7457


Signify Business Card Wells
Fargo
Po Box 29482
Phoenix, AZ 85038-9482


Sound Exchange
733 10th St Nw Fl 10
Washington, DC 20001-4888


The Hamilton Newton
Companies
113 Park Place Cir
Womelsdorf, PA 19567-9145


Thoro Corp
800 Se 4th Ave Ste 601
Hallandle Bch, FL 33009-6494


TimePayment
Po Box 88232
Milwaukee, WI 53288-8232

Topline Recovery
Attn: Deven Khosla
1078 Summit Ave. Suite 104
Jersey City, NJ 07307


Unique Funding Solutions LLC
4600 Sheridan St Ste 301a
Hollywood, FL 33021-3409


United States Attorney
General
Department of Justicw
950 Pennsylvania Ave NW
Washington, DC 20530

Upstart Network Inc
Care of Cross River Bank
2115 Linwood Ave
Fort Lee, NJ 07024-5020


US Department of Justice
United States Attorney, Civil Process Clerk
601 NW Loop 410 Suite 600
San Antonio, TX 78216


Vernon Capital Group, LLC
383 Kingston Ave. Suite 343
Brooklyn, NY 11213