**Fill in this information to identify the case:**

Debtor Name **M & M Broadcasters, Ltd.**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known): **25-60165**

☑ Check if this is an amended filing

<u>Official Form 206A/B</u>

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — **$3,000.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking account** | _ _ _ _ | $235.00 |
| 3.2. | **Wells Fargo** | **Checking account** | _ _ _ _ | $500.00 |
| 3.3. | **Inommons Bank** | **Checking account** | _ _ _ _ | $18,749.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — **$22,484.00**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **M & M Broadcasters, Ltd.**
          Name

Case number *(if known)* 25-60165

| | |
|---|---|
| 7.1 | |
| 7.2 | |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1

   8.2

9.  **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

10.  **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

11.  **Accounts receivable**

   11a. 90 days old or less:    $13,581.48    -    unknown    =.....➡    $13,581.48
                              face amount         doubtful or uncollectible accounts

   11b. Over 90 days old:    ___    -    ___    =.....➡
                            face amount         doubtful or uncollectible accounts

12.  **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $13,581.48

## Part 4:    Investments

13.  **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   **Valuation method used for current value** | **Current value of debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1

   14.2

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:    % of ownership:

   15.1.

   15.2.

| Debtor | M & M Broadcasters, Ltd. | Case number *(if known)* 25-60165 |
|---|---|---|
| | Name | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

---

**Part 5:** Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** Work in progress | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | _____ |

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor   **M & M Broadcasters, Ltd.**
_____
Name

Case number *(if known)*  **25-60165**
_____

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.
_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| Debtor | **M & M Broadcasters, Ltd.** | | Case number *(if known)* **25-60165** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **Office Desks x 15** | unknown | | unknown |
| **Office Chairs x 15** | unknown | | unknown |
| **Conference Table x 1** | unknown | | unknown |
| **Conference Chairs x 6** | unknown | | unknown |
| **Filing Cabinets x 26** | unknown | | unknown |
| **Studio Furniture x 5** | unknown | | unknown |
| **Equipment Racks x 12** | unknown | | unknown |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Automation Compuers w/ Monitors x 15** | unknown | | unknown |
| **STL Transmitter x 12** | unknown | | unknown |
| **STL Receivers x 12** | unknown | | unknown |
| **STL Dishes w Coax x 12** | unknown | | unknown |
| **Audio Processors x 10** | unknown | | unknown |
| **Harris Transmitters x 3** | unknown | | unknown |
| **BE Transmitter x 12** | unknown | | unknown |
| **Bext Transmitters x 3** | unknown | | unknown |
| **Intraplex STL Link x 2** | unknown | | unknown |
| **FM Antennas x 4** | unknown | | unknown |
| **FM Combiner Bext x 1** | unknown | | unknown |
| **Radio Towers x 7** | unknown | | unknown |
| **A/C Units x 10** | unknown | | unknown |
| **Comrex Units x 8** | unknown | | unknown |
| **Tieline Units x 8** | unknown | | unknown |
| **Cisco Routers x 8** | unknown | | unknown |
| **AM Phase Cabinets x 2** | unknown | | unknown |
| **AM Phase Monitors x 2** | unknown | | unknown |
| **AM Processors x 2** | unknown | | unknown |
| **Assorted Office Supplies** | unknown | | unknown |

Debtor    **M & M Broadcasters, Ltd.**

Name

Case number *(if known)* **25-60165**

| | | |
|---|---|---|
| **Broadcast Equipment** | unknown | unknown |
| **Wheatstone Consoles x 6** | unknown | unknown |
| **Wheatstone Ravens x 6** | unknown | unknown |
| **Wheatstone Engines x 6** | unknown | unknown |
| **Mics w/ Holders x 16** | unknown | unknown |
| **Office Computers x 6** | unknown | unknown |
| **Printers / Copiers x 6** | unknown | unknown |
| **Radio broadcasting equipment: Office Desks 15 Office Chairs 15 Conference Table 1 Conference Chairs 6 Computers office 24 Printers /copiers 6 Filing Cabinets 26 Office supplies assorted Broadcast Equipment Wheatstone C** | unknown | $650,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$650,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description <br><br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest <br><br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **Ford F150** | unknown | | $56,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor  **M & M Broadcasters, Ltd.**
Name

Case number *(if known)* **25-60165**

| | | | |
|---|---|---|---|
| 48.1 | | | |
| 48.2 | | | |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | | | |
| 49.2 | | | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

**$56,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Tower Site (Loop 340)** | **Fee Simple** | **unknown** | | **$150,000.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$150,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

| Debtor | M & M Broadcasters, Ltd. | Case number *(if known)* 25-60165 |
|---|---|---|
| | Name | |

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
|    FCC Licenses | unknown | | $800,000.00 |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$800,000.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

Debtor    **M & M Broadcasters, Ltd.**                                Case number *(if known)*  **25-60165**
          Name

71.  **Notes receivable**

     Description (include name of obligor)

     _____    _____  –  _____  = ➔   _____
                                 Total face amount      doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____    Tax year _____    _____

     _____    Tax year _____    _____

     _____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

     **Hartford Business**                                                   **$0.00**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     _____                        _____

     **Nature of claim**        _____

     **Amount requested**       _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     _____                        _____

     **Nature of claim**        _____

     **Amount requested**       _____

76.  **Trusts, equitable or future interests in property**

     _____                        _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     _____                        _____

     _____                        _____

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.              | **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

Debtor    **M & M Broadcasters, Ltd.**
_____          Case number *(if known)* __25-60165__
          Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $22,484.00 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $13,581.48 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $650,000.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $56,000.00 | | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................ ➡ | | | $150,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $800,000.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........91a. | $1,542,065.48 | + 91b. | $150,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | | | $1,692,065.48 |

**Fill in this information to identify the case:**

Debtor name      **M & M Broadcasters, Ltd.**

United States Bankruptcy Court for the: _____ **Western** _____  District of _____ **Texas** _____

                                                   (State)

Case number (if known):  **25-60165**

☑ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**  **Creditor's name**

    **Cromwell Capital LLC**

    **Creditor's mailing address**

    **398 E Dania Beach Blvd Ste 297**

    **Dania Beach, FL 33004-3051**

    **Creditor's email address, if known**

    **Date debt was incurred** _____

    **Last 4 digits of account** __ __ __ __
    **number**

    **Do multiple creditors have an interest in the same property?**

    ☑ No

    ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

                                **$61,937.00**           **unknown**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        **$4,664,506.28**

| Debtor | M & M Broadcasters, Ltd. | Case number (if known) 25-60165 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Expansion Capital Group**

**Creditor's mailing address**

**5801 S Corporate Pl**

**Sioux Falls, SD 57108-5027**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $88,000.00 | unknown |

| Debtor | **M & M Broadcasters, Ltd.** | | Case number (if known) | **25-60165** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
| --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

**Hubert Ledbetter, Trustee**

**Describe debtor's property that is subject to a lien**

Tower Site (Loop 340)

$774,452.88          $150,000.00

**Creditor's mailing address**

**PO Box Box 3183**

**Cleburne, TX 76033**

**Describe the lien**

**Note**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Hubert Ledbetter, Trustee**;
    2) Hubert Ledbetter, Trustee; 3)
    Hubert Ledbetter, Trustee

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Debtor **M & M Broadcasters, Ltd.** | Case number (if known) **25-60165** |
| Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4 Creditor's name**

**Hubert Ledbetter, Trustee**

**Describe debtor's property that is subject to a lien**

Tower Site (Loop 340)

**$2,638,731.45**          **$150,000.00**

**Creditor's mailing address**

**PO Box Box 3183**

**Cleburne, TX 76033**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines **2.3**

| Debtor | **M & M Broadcasters, Ltd.** | Case number (if known) __25-60165__ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**2.5** Creditor's name

**Hubert Ledbetter, Trustee**

Creditor's mailing address

**PO Box Box 3183**

**Cleburne, TX 76033**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account ___ ___ ___ ___
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.3__

**Describe debtor's property that is subject to a lien**

Tower Site (Loop 340)            **$181,606.95**     **$150,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **M & M Broadcasters, Ltd.** | Case number (if known) __25-60165__ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**Instafunders LLC**

**Describe debtor's property that is subject to a lien**

**$72,000.00** | **unknown**

**Creditor's mailing address**

**3250 Ne 1st Ave Apt 307**

**Miami, FL 33137-4086**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | M & M Broadcasters, Ltd. | | Case number (if known) 25-60165 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7** Creditor's name

**Maison Capital Group Inc.**

Describe debtor's property that is subject to a lien

$25,778.00                    unknown

Creditor's mailing address

**560 Sylvan Ave Ste 3020**

**Englewd Clfs, NJ 07632-3178**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **M & M Broadcasters, Ltd.** | Case number (if known) __25-60165__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.8** **Creditor's name**

On Deck Client Services

**Describe debtor's property that is subject to a lien**

$155,000.00      unknown

**Creditor's mailing address**

4700 W Daybreak Pkwy Ste 200

South Jordan, UT 84009-5133

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **M & M Broadcasters, Ltd.**
          _____
          Name

Case number (if known) **25-60165**
_____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Prosper Funding LLC**
_____

**Creditor's mailing address**

**221 Main St Ste 300**
_____

**San Francisco, CA 94105-1909**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account**  __ __  __ __  __ __  __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,000.00**          **unknown**

| Debtor | **M & M Broadcasters, Ltd.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-60165** |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10** Creditor's name

**Santander Consumer USA**

Creditor's mailing address

**Po Box 660633**

**Dallas, TX 75266-0633**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Ford F150

Describe the lien

**Car Loan**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$56,000.00**     **$56,000.00**

| Debtor | **M & M Broadcasters, Ltd.** | Case number (if known) | **25-60165** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim
Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.11 Creditor's name**

SBA U.S. Small Business Administration

**Creditor's mailing address**

Little Rock Loan Servicing

Center 2120 Riverfront Drive Suite 100

Little Rock, AR 72202

**Creditor's email address, if known**

_____

**Date debt was incurred** _2021_

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

5501 Bagby

**Describe the lien**

Business Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$490,000.00** | **$0.00**

| Debtor | M & M Broadcasters, Ltd. | Case number (if known) 25-60165 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** **Creditor's name**

**Thoro Corp**

**Creditor's mailing address**

**800 Se 4th Ave Ste 601**

**Hallandle Bch, FL 33009-6494**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Amount of claim: **$60,000.00**

Value of collateral: **unknown**

| Debtor | **M & M Broadcasters, Ltd.** | Case number (if known) **25-60165** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.13** **Creditor's name**

**Unique Funding Solutions LLC**

**Describe debtor's property that is subject to a lien**

**$51,000.00**     **unknown**

**Creditor's mailing address**

**4600 Sheridan St Ste 301a**

**Hollywood, FL 33021-3409**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **M & M Broadcasters, Ltd.**
_____
Name

Case number (if known) **25-60165**
_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Topline Recovery**<br>**Attn: Deven Khosla**<br>**1078 Summit Ave. Suite 104**<br>**Jersey City, NJ 07307** | Line 2. **1** | __ __ __ __ |
| **Gary Moss**<br>**5501 Bagby**<br>**Waco, TX 76701** | Line 2. **8** | __ __ __ __ |
| **US Department of Justice**<br>**United States Attorney, Civil Process Clerk**<br>**601 NW Loop 410 Suite 600**<br>**San Antonio, TX 78216** | Line 2. **11** | __ __ __ __ |
| **United States Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Ave Nw**<br>**Washington, DC 20530-0009** | Line 2. **11** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor  __M & M Broadcasters, Ltd._____

Name

Case number (if known) __25-60165_____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **M & M Broadcasters, Ltd.** _____

United States Bankruptcy Court for the:

_____ **Western District of Texas** _____

Case number (if known): _____ **25-60165** _____

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,555.48** | **$34,555.48** |

**2.1**

Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Office**

**PO Box Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**2.2**

Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | M & M Broadcasters, Ltd. | | Case number *(if known)* | 25-60165 |
|---|---|---|---|---|
| | Name | | | |

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

1st Citizen National Bank

155 Commerce Way

Portsmouth, NH 03801-3243

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $7,352.86**

**3.2** Nonpriority creditor's name and mailing address

Airgas

Po Box 734671

Dallas, TX 75373-4671

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $494.50**

**3.3** Nonpriority creditor's name and mailing address

ASCAP

Po Box 70547

Chicago, IL 60673-0547

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $845.00**

**3.4** Nonpriority creditor's name and mailing address

Best Buy Credit Services

Po Box 78009

Phoenix, AZ 85062-8009

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $2,205.74**

| Debtor | **M & M Broadcasters, Ltd.** | Case number *(if known)* | **25-60165** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Bizfund, LLc**

**c/o New Era Lending, LLC**

**2371 McDonald Avenue**

**Brooklyn, NY 11223**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,202.86 |
|---|---|---|---|

**Broadcast Music Inc.**

**Po Box 60893**

**Cincinnati, OH 45263-0893**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Can Capital, Inc.**

**1850 Parkway Place Suite 1150**

**Marietta, GA 30067**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,123.33 |
|---|---|---|---|

**Charter Communications**

**Po Box 223085**

**Pittsburgh, PA 15251-2085**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| Debtor | **M & M Broadcasters, Ltd.** | Case number *(if known)* | **25-60165** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**Citi Card**

**Po Box 78045**

**Phoenix, AZ 85062-8045**

Date or dates debt was incurred _____

Last 4 digits of account number **7  5  2  5**

As of the petition filing date, the claim is: **$17,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**Compass**

**150 Purchase St Ste 11**

**Rye, NY 10580-2143**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**Corporation Service Company**

**As representative**

**PO Box 2576**

**Springfield, IL 62708**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**CT Corporation System as Rep.**

**Attn: SPRS**

**330 N. Brand Blvd. Suite 700**

**Glendale, CA 91203**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | M & M Broadcasters, Ltd. | Case number *(if known)* | 25-60165 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Digital Sound & Video, Inc.**

**420 N Halifax Ave Ste 150**

**Daytona Beach, FL 32118-4191**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$890.00

---

**3.14** Nonpriority creditor's name and mailing address

**Discover Card**

**PO Box 71242**

**Charlotte, NC 28272-1242**

Date or dates debt was incurred _____

Last 4 digits of account number  9  8  8  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

**3.15** Nonpriority creditor's name and mailing address

**DR Bank Prosper**

**PO Box Box 1503**

**San Carlos, CA 94070**

Date or dates debt was incurred  2023

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$80,000.00

---

**3.16** Nonpriority creditor's name and mailing address

**First Citizen Bank**

**155 Commerce Way**

**Portsmouth, NH 03801**

Date or dates debt was incurred _____

Last 4 digits of account number  5  9  1  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset?
☑ No
☐ Yes

$27,000.00

---

| Debtor | M & M Broadcasters, Ltd. | Case number *(if known)* | 25-60165 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**First Citizen Bank**

**155 Commerce Way**

**Portsmouth, NH 03801**

Date or dates debt was incurred _____

Last 4 digits of account number   **6   0   6   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,000.00**

---

**3.18** Nonpriority creditor's name and mailing address

**First Citizen Bank & Trust Company**

**155 Commerce Way**

**Portsmouth, NH 03081**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   7   9   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,000.00**

---

**3.19** Nonpriority creditor's name and mailing address

**First Citizen Bank & Trust Company**

**155 Commerce Way**

**Portsmouth, NH 03081**

Date or dates debt was incurred _____

Last 4 digits of account number   **2   0   4   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$58,000.00**

---

**3.20** Nonpriority creditor's name and mailing address

**Funding Futures, LLC**

**100 Merrick Rd. Suite 419E**

**Rockville Centre, NY 11570**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | M & M Broadcasters, Ltd. | Case number *(if known)* | 25-60165 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

**Gary L. Moss**

**Po Box 23939**

**Waco, TX 76702-3939**

Date or dates debt was incurred  **2011**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$1,800,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Global Music Rights**

**1801 W. Olympic Blvd.**

**Pasadena, CA 91199-2281**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$1,413.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Grandview Bank**

**303 S Colonial Dr**

**Cleburne, TX 76033-4650**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$161,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Conventional**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**IBEX Funding Group, LLC**

**323 Kingston Ave.**

**Brooklyn, NY 11213**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **M & M Broadcasters, Ltd.** | Case number *(if known)* | **25-60165** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.24** Nonpriority creditor's name and mailing address

**InterTech Media**

**Po Box 22677**

**New York, NY 10087-2677**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,948.52

---

**3.25** Nonpriority creditor's name and mailing address

**Kroeger Media Inc.**

**17 Kingswood CR**
**LaSalle MB R0G0A1**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

**3.26** Nonpriority creditor's name and mailing address

**Macys Goldman Sachs Bank**

**Po Box 70321**

**Philadelphia, PA 19176-0321**

Date or dates debt was incurred

Last 4 digits of account number  3  8  8  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,000.00

---

**3.27** Nonpriority creditor's name and mailing address

**Marlin Earley**

**9013 Kingswood Pl**

**Woodway, TX 76712-2238**

Date or dates debt was incurred  **2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | **M & M Broadcasters, Ltd.** | Case number *(if known)* | **25-60165** |
|---|---|---|---|
| | Name | | |

**3.28** Nonpriority creditor's name and mailing address

**Newlane**

**Po Box 63044**

**Newark, NJ 07101-8065**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,006.44

---

**3.29** Nonpriority creditor's name and mailing address

**Newlane Financing**

**123 S Broad St Fl 17**

**Philadelphia, PA 19109-1032**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$18,000.00

---

**3.30** Nonpriority creditor's name and mailing address

**Nielson**

**Po Box 3228**

**Carol Stream, IL 60132-3228**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,660.84

---

**3.31** Nonpriority creditor's name and mailing address

**Northstar**

**Po Box 4505**

**Burlington, VT 05406-4505**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,000.91

---

| Debtor | **M & M Broadcasters, Ltd.** | Case number *(if known)* | **25-60165** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.32
**Nonpriority creditor's name and mailing address**

**Northstar Leasing**

**747 Pine St Ste 201**

**Burlington, VT 05401-5196**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  $60,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

### 3.33
**Nonpriority creditor's name and mailing address**

**SESAC, Inc**

**Po Box 737457**

**Dallas, TX 75373-7457**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  $111.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

### 3.34
**Nonpriority creditor's name and mailing address**

**Signify Business Card Wells Fargo**

**Po Box 29482**

**Phoenix, AZ 85038-9482**

Date or dates debt was incurred _____

Last 4 digits of account number   5   2   8   1

As of the petition filing date, the claim is:  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

### 3.35
**Nonpriority creditor's name and mailing address**

**Sound Exchange**

**733 10th St Nw Fl 10**

**Washington, DC 20001-4888**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  $4,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | M & M Broadcasters, Ltd. | Case number *(if known)* | 25-60165 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.36

**Nonpriority creditor's name and mailing address**

**Tayne Law Group, P.C.**

**135 Pinewlawn Road Suite 250N**

**Melville, NY 11747**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$72,000.00**

### 3.37

**Nonpriority creditor's name and mailing address**

**The Hamilton Newton Companies**

**113 Park Place Cir**

**Womelsdorf, PA 19567-9145**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

### 3.38

**Nonpriority creditor's name and mailing address**

**TimePayment**

**Po Box 88232**

**Milwaukee, WI 53288-8232**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$853.02**

### 3.39

**Nonpriority creditor's name and mailing address**

**Upstart Network Inc**

**Care of Cross River Bank**

**2115 Linwood Ave**

**Fort Lee, NJ 07024-5020**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$61,000.00**

| Debtor | **M & M Broadcasters, Ltd.** | Case number *(if known)* | **25-60165** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **Vernon Capital Group, LLC** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **383 Kingston Ave. Suite 343** | ☐ Unliquidated | |
| | **Brooklyn, NY 11213** | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes | |

| Debtor | **M & M Broadcasters, Ltd.** | Case number *(if known)* | **25-60165** |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $34,555.48 |
| 5b. | **Total claims from Part 2** | 5b.  **+** | $2,479,609.80 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,514,165.28 |

Fill in this information to identify the case:

Debtor name **M & M Broadcasters, Ltd.**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **25-60165** Chapter **11**

☑ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease # 3 lease DCC 1885912 | First Citizen Bank |
| | | | 155 Commerce Way |
| | State the term remaining | 0 months | Portsmouth, NH 03801 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease # 4 lease DCC 1906068 | First Citizen Bank |
| | | | 155 Commerce Way |
| | State the term remaining | 0 months | Portsmouth, NH 03801 |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease # 1 lease DCC 1890796 | First Citizen Bank & Trust Company |
| | | | 155 Commerce Way |
| | State the term remaining | 0 months | 03081 |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease # 2 lease DCC 1882040 | First Citizen Bank & Trust Company |
| | | | 155 Commerce Way |
| | State the term remaining | 0 months | 03081 |
| | List the contract number of any government contract | | |

| Debtor | **M & M Broadcasters, Ltd.** | Case number (if known) **25-60165** |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 5501 Bagby** | **Gary L. Moss** |
| | | | **Po Box 23939** |
| | State the term remaining | **0 months** | **Waco, TX 76702-3939** |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 320 Donaldson Lane** | **Gary L. Moss** |
| | | | **Po Box 23939** |
| | State the term remaining | **0 months** | **Waco, TX 76702-3939** |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of CR 326, Prairie Hill** | **Gary L. Moss** |
| | | | **Po Box 23939** |
| | State the term remaining | **0 months** | **Waco, TX 76702-3939** |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **M & M Broadcasters, Ltd.** | Case number (if known) **25-60165** |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name _____**M & M Broadcasters, Ltd.**_____

United States Bankruptcy Court for the:

_____**Western District of Texas**_____

Case number (if known): _____**25-60165**_____  Chapter __**11**__

☑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................. | **$150,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................... | **$1,542,065.48**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. | **$1,692,065.48**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. | **$4,664,506.28**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | **$34,555.48**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... | **+  $2,479,609.80**

4. **Total liabilities**.................................................................................................................... | **$7,178,671.56**
   Lines 2 + 3a + 3b